AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

KATHRYN L. FITZGIBBON, LAUREN M. FLEMING, and
ALL SIMILARLY SITUATED CURRENT AND FORMER
EMPLOYEES OF ING BANK, fsb, and ITS WHOLLY
OWNED SUBISDIARIES
    Plaintiffs, v.

ING Bank, fsb (a Delaware Corporation) and
ALL OTHER WHOLLY OWNED SUBSIDIARIES OF
ING BANK, fsb, WHICH HAVE EMPLOYED
SIMILARLY SITUATED CURRENT AND F
ORMER EMPLOYEES SINCE NOVEMBER 15, 2004,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    07-735

TO: (Name and address of Defendant)

ING Bank, fsb
The Ombudsman
ING DIRECT
1 S Orange St
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Wilson, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE    11/16/07