IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, LAUREN M. FLEMING, and ALL SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES OF ING BANK, fsb, AND ITS WHOLLY OWNED SUBSIDIARIES<br><br>Plaintiffs,<br><br>v.<br><br>ING BANK, fsb and ALL OTHER WHOLLY OWNED SUBSIDIARIES OF ING BANK, fsb, WHICH HAVE EMPLOYED SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES SINCE November 16, 2004<br><br>Defendants. | CIVIL ACTION<br><br>NO. 07-735 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward N. Yost, Esquire to represent ING Bank, fsb, in this matter. I have consulted with opposing counsel, Timothy Wilson, Esq., and Mr. Wilson does not oppose the motion.

Date: December 10, 2007

_____
Darryl A. Parson (ID No. 4134)
DRINKER BIDDLE & REATH LLP
1100 N. Market St., Suite 1000
Wilmington, DE 19801
Ph: (302) 467-4220
Fax: (302) 467-4201
Darryl.Parson@dbr.com
Attorney for: ING Bank, fsb

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

/s Edward N. Yost
Edward N. Yost, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-1122

Date: December 10, 2007

**CERTIFICATION OF SERVICE**

I, Darryl A. Parson, do hereby certify that, on this date, two true and correct copies of ING Bank, fsb's Motion for Order for Admission Pro Hac Vice for Edward N. Yos and Motion for Order for Admission Pro Hac Vice for David J. Woolf were timely served by first class mail, postage prepaid, upon the following:

> Timothy J. Wilson, Esquire
> 1508 Pennsylvania Avenue
> Wilmington, Delaware 19806

Dated: December 10, 2007

_____
Darryl A. Parson (I.D. No. 4134)

PHLIT\623753\1