IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, LAUREN M. FLEMING, and ALL SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES OF ING BANK, fsb, AND ITS WHOLLY OWNED SUBSIDIARIES<br><br>Plaintiffs,<br><br>v.<br><br>ING BANK, fsb and ALL OTHER WHOLLY OWNED SUBSIDIARIES OF ING BANK, fsb, WHICH HAVE EMPLOYED SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES SINCE November 16, 2004<br><br>Defendants. | CIVIL ACTION<br><br>NO. 07-735 (JJF) |

**RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT ING BANK, FSB**

Pursuant to Federal Rule of Civil Procedure 7.1(a) Defendant ING Bank, fsb ("ING Bank"), by and through its undersigned attorneys, hereby states that ING Bank is owned 100% by its parent, ING Direct Bancorp. ING Direct Bancorp's ultimate parent

is ING Groep NV, which is publicly held.

Dated: December 10, 2007

*/s/ Darryl A. Parson*
Darryl A. Parson
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
Phone: (302) 467-4220
Fax: (302) 467-4201
Email: Darryl.Parson@dbr.com

Attorneys for Defendant / Counterclaim Plaintiff ING Bank, fsb

OF Counsel:
David J. Woolf (pro hac admission pending)
Edward N. Yost (pro hac admission pending)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700

## CERTIFICATION OF SERVICE

I, Darryl A. Parson, do hereby certify that, on this date, two true and correct copies of ING Bank, fsb's Rule 7.1 Disclosure Statement were timely served by first class mail, postage prepaid, upon the following:

> Timothy J. Wilson, Esquire
> 1508 Pennsylvania Avenue
> Wilmington, Delaware 19806

Dated: December 10, 2007                    */s/ Darryl A. Parson*