IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>       Plaintiffs, <br> <br>              v. <br> <br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, <br> <br>       Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * C.A. NO. 07-735 (JJF) <br> * <br> * <br> * <br> * <br> * <br> * JURY TRIAL DEMANDED <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO
RESPOND TO DEFENDANT'S COUNTERCLAIMS**

The parties, by and through their undersigned counsel, do hereby stipulate to an extension of time for Plaintiffs to respond to Defendant's Counterclaims in the above-captioned matter to January 9, 2008.

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson
Timothy J. Wilson, Esquire (#4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
twilson@martinandwilson.com

DRINKER BIDDLE & REATH LLP

/s/ Darryl A. Parson
Darryl A. Parson, Esquire
1100 N. Market Street
Wilmington, DE 19801-1254
(302) 467-4220
Darryl.Parson@dbr.com

Of Counsel:
David J. Woolf
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700
David.Woolf@dbr.com


IT IS SO ORDERED this _____ day of _____ 2008.


_____