

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

twilson@martinandwilson.com

January 3, 2008

Hon. Joseph J. Farnan, Jr., Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE: Fitgibbon et al. v. ING Bank, fsb et al.
C.A. No. 07-735

Dear Judge Farnan:

Pursuant to Your Honor's Order of December 13, 2007, counsel has conferred regarding the Proposed Pretrial Scheduling Order. We have worked toward compiling a single document and have agreeing on most issues. Nevertheless, there is one area pertaining to electronic discovery that we have been unable to resolve.

Consequently, Defendants will file a Proposed Order and Plaintiffs will file their own Proposed Pretrial Scheduling Order. The two versions are identical with the exception of ¶ 3(g) contained in Plaintiffs' Proposed Order. This Paragraph does not appear in Defendants' version.

Counsel is available at Your Honor's convenience should you like to meet to resolve this issue.

Respectfully submitted,

TIMOTHY J. WILSON

TJW/njj

cc: David Woolf, Esq.