IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>     Plaintiffs, <br> <br> v. <br> <br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, <br>     Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br> <br> <br> <br> <br> C.A. NO. 07-735 (JJF) <br> <br> <br> <br> <br> JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS
AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs, by and through their undersigned counsel, respectfully move to have Defendant's Counterclaims dismissed in their entirety and for judgment on the pleadings in the above-captioned case. The grounds for these motions are set forth in Plaintiffs' Opening Brief in Support of Their Motion to Dismiss Defendant's Counterclaims and Motion for Judgment on the Pleadings, which is filed separately.

        Respectfully submitted,

        /s/ Timothy J. Wilson
        Timothy J. Wilson, Esquire (#4323)
        Jeffrey K. Martin, Esquire (#2407)
        *MARTIN & WILSON, P.A.*
        1508 Pennsylvania Avenue
        Wilmington, Delaware 19806
        (302) 777-4681 phone
        (302) 777-5803 facsimile
        twilson@martinandwilson.com
        jmartin@martinandwilson.com
        *Attorneys for Plaintiffs*

Dated: January 9, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>     Plaintiffs, <br><br> v. <br><br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, <br><br>     Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br> C.A. NO. 07-735 (JJF) <br><br><br><br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Plaintiff's Motion to Dismiss Defendant's Counterclaims and Motion for Judgment on the Pleadings* was filed via CM/EMF on January 9, 2008 to the following:

Darryl A. Parson, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254

Case 1:07-cv-00735-JJF  Document 13  Filed 01/09/2008  Page 4 of 4

        MARTIN & WILSON, P.A.

        *[signature]*

        TIMOTHY J. WILSON, ESQUIRE
        DE Bar I.D. No.: 4323
        1508 Pennsylvania Ave
        Wilmington, DE 19806
        (302) 777-4681
        twilson@martinandwilson.com
        *Attorney for Plaintiffs*

DATED:    January 9, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>         Plaintiffs, <br><br> v. <br><br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br> C.A. NO. 07-735 (JJF) <br><br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND MOTION FOR JUDGMENT ON THE PLEADINGS

TO:    Darryl A. Parson, Esquire
       Drinker Biddle & Reath LLP
       1100 N Market St
       Wilmington, DE 19801-1254

PLEASE TAKE NOTICE, that the undersigned attorney will present the attached Motion to Dismiss Defendant's Counterclaims and Motion for Judgment on the Pleadings at the convenience of the Court.

MARTIN & WILSON, P.A.

_____
**TIMOTHY J. WILSON, ESQUIRE**
Del. Bar I.D. No.: 4323
1508 Pennsylvania Ave
Wilmington, DE 19806
twilson@martinandwilson.com
(302) 777-4681
*Attorney for Plaintiffs*

DATED:	January 9, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br> Plaintiffs, <br><br> v. <br><br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, <br><br> Defendants. | C.A. NO. 07-735 (JJF) <br><br> JURY TRIAL DEMANDED |

## ORDER

Upon consideration of the Plaintiffs' Motion to Dismiss Defendant's Counterclaims and Motion for Judgment on the Pleadings, as well as the responses thereto, this _____ day of _____, 2008, it is hereby,

ORDERED, that Plaintiffs' Motion to Dismiss is GRANTED, Plaintiff's Motion for Judgment on the Pleadings is GRANTED and Defendant is ordered to perform its obligations as set forth in the Severance Agreements.

_____
J.