IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, LAUREN M. FLEMING, and ALL SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES OF ING BANK, fsb, AND ITS WHOLLY OWNED SUBSIDIARIES<br><br>  Plaintiffs,<br><br>  v.<br><br>ING BANK, fsb and ALL OTHER WHOLLY OWNED SUBSIDIARIES OF ING BANK, fsb, WHICH HAVE EMPLOYED SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES SINCE November 16, 2004<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 07-735 (JJF) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David J. Kessler, Esquire to represent ING Bank, fsb, in this matter.

Date: February 12, 2008

          /s/ David P. Primack
David P. Primack (ID No. 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market St., Suite 1000
Wilmington, DE 19801
Ph: (302) 467-4220
Fax: (302) 467-4201
David.Primack@dbr.com
Attorneys for ING Bank, fsb

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

                                          /s/ David J. Kessler
                                      David J. Kessler, Esquire
                                      DRINKER BIDDLE & REATH LLP
                                      One Logan Square
                                      18th & Cherry Streets
                                      Philadelphia, PA 19103
                                      (215) 988-2486

Date:   February 12, 2008