

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

February 27, 2008

twilson@martinandwilson.com

Hon. Joseph J. Farnan, Jr., Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      RE:    Fitzgibbon v. ING, C.A. 07-735 (JJF)

Dear Judge Farnan:

    Please be advised that Plaintiffs hereby waive their right to file a Reply to Defendant/Counterclaim Plaintiff ING Bank, FSB's Brief in Opposition to Plaintiff/Counterclaim Defendant's Motion to Dismiss the Counterclaim and for Judgment on the Pleadings.

    Counsel is available at Your Honor's convenience should you like to discuss this matter.

Respectfully submitted,

TIMOTHY J. WILSON

TJW/njj

cc: David Woolf, Esq.