IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, LAUREN M. FLEMING, and ALL SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES OF ING BANK, fsb, AND ITS WHOLLY OWNED SUBSIDIARIES,<br><br>Plaintiffs,<br><br>v.<br><br>ING BANK, fsb, (a Delaware corporation), and ALL OTHER WHOLLY OWNED SUBSIDIARIES OF ING BANK, fsb, WHICH HAVE EMPLOYED SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES SINCE November 15, 2004,<br><br>Defendants. | C.A. NO. 07-735 (JJF)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, David P. Primack, do hereby certify that, on this date, a true and correct copy of the foregoing Defendant ING Bank, FSB's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) was timely served by first class mail, postage prepaid, upon the following counsel for Plaintiffs:

Timothy J. Wilson, Esquire
1508 Pennsylvania Avenue
Wilmington, Delaware 19806

Dated: February 27, 2008

/s/ David P. Primack
David P. Primack (I.D. No. 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
(302) 467-4220
(302) 467-4201 fax
david.primack@dbr.com