IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>      Plaintiffs, <br> <br> v. <br> <br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, <br>      Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * C.A. NO. 07-735 (JJF) <br> * <br> * <br> * <br> * JURY TRIAL DEMANDED <br> * <br> * <br> * <br> * <br> * <br> * |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, counsel for the Plaintiffs in the above-captioned matter hereby certify that I caused two (2) true and correct copies of *Plaintiff Kathryn L. Fitzgibbon's Answers to Defendant's First Set of Interrogatories, Plaintiff Lauren M. Fleming's Answers to Defendant's First Set of Interrogatories, Plaintiff Kathryn L. Fitzgibbon's Responses to Defendant's First Requests for Production of Documents* and *Plaintiff Lauren M. Fleming's Responses to Defendant's First Requests for Production of Documents* to be served via U.S. Mail on the following attorney of record:

David J. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N Market St
Suite 1000
Wilmington, DE 19801

MARTIN & WILSON, P.A.

*/s/ Timothy J. Wilson*

TIMOTHY J. WILSON, ESQUIRE
JEFFREY K. MARTIN, ESQUIRE
DE State Bar I.D. No.: 4323
DE State Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for Plaintiffs*

DATED:    April 16, 2008