IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>        Plaintiffs, <br> <br> v. <br> <br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 15, 2004, <br> <br>        Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *   C.A. NO. 07-735 (JJF) <br> * <br> * <br> * <br> * <br> * <br> *   JURY TRIAL DEMANDED <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of the foregoing *Plaintiff's First Request for Production of Documents* were mailed U.S. Postal Mail on May 29, 2008, to the following:

David Primack, Esq.
Drinker Biddle & Wreath LLP
1100 North Market St.
Suite 1000
Wilmington, DE 19801

_____
Timothy J. Wilson, (# 4323)
MARTIN & WILSON, P.A.
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4681
(303) 777-5803 fax
*Attorney for Plaintiff*

13