IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN L. FITZGIBBON, <br> LAUREN M. FLEMING, and <br> ALL SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES OF <br> ING BANK, fsb, AND ITS WHOLLY <br> OWNED SUBSIDIARIES, <br>       Plaintiffs, <br><br> v. <br><br> ING BANK, fsb, (a Delaware corporation), <br> and ALL OTHER WHOLLY OWNED <br> SUBSIDIARIES OF ING BANK, fsb, <br> WHICH HAVE EMPLOYED <br> SIMILARLY SITUATED CURRENT <br> AND FORMER EMPLOYEES SINCE <br> November 16, 2004, <br>       Defendants. | C. A. No. 07-735 (JJF) <br><br> JURY TRIAL DEMANDED |

### RE-NOTICE OF MOTION

TO:   Darryl A. Parson, Esquire
      Drinker Biddle & Reath LLP
      1100 N. Market Street
      Wilmington, DE 19801-1254

PLEASE TAKE NOTICE, that the undersigned attorney will present the previously Noticed **Motion To Proceed As A Collective Action, To Facilitate Notice And To Require Defendant to Provide Information** before the Honorable Judge Joseph J. Farnan on September 12, 2008 at 2:00 pm.

MARTIN & WILSON, P.A.

/s/ [signature]

TIMOTHY J. WILSON    (ID No. 4323)
JEFFREY K. MARTIN    (ID No. 2407)
1508 Pennsylvania Ave
Wilmington, DE 19806
302-777-4680
*Attorneys for the Plaintiffs*

DATED: August 15, 2008

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, hereby certify that on August 15, 2008, the foregoing **Re-Notice Of Motion** of *Plaintiff's Motion to Proceed as a Collective Action, To Facilitate Notice and to Require Defendant to Provide Information* was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

>   Darryl A. Parson, Esquire
>   Drinker Biddle & Reath LLP
>   1100 N. Market Street
>   Wilmington, DE 19801-1254
>
>   Attorney for Defendants

_____
Timothy J. Wilson