IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KATHRYN L. FITZGIBBON, LAUREN :
M. FLEMING, and ALL SIMILARLY :
SITUATED CURRENT AND FORMER :
EMPLOYEES OF ING BANK, fsb, :
AND ITS WHOLLY OWNED :
SUBSIDIARIES, :
                            :
    Plaintiffs,        :
                            :
   v.                    : Civil Action No. 07-735 JJF
                            :
ING BANK, fsb, (a Delaware :
corporation), and ALL OTHER :
WHOLLY OWNED SUBSIDIARIES OF :
ING BANK, fsb, WHICH HAVE :
EMPLOYED SIMILARLY SITUATED :
CURRENT AND FORMER EMPLOYEES :
SINCE November 15, 2004 :
                            :
    Defendants.        :

**ORDER**

At Wilmington, this 26 day of August 2008, for the reasons discussed in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Defendant's Counterclaims and Motion for Judgment on the Pleadings (D.I. 13) are **DENIED**.

                                                     */s/ Joseph J. Farnan, Jr.*
                                             UNITED STATES DISTRICT JUDGE