

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

August 28, 2008

twilson@martinandwilson.com

**-VIA ELECTRONIC FILING-**
Hon. Joseph J. Farnan, Jr., Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

**RE:   Fitzgibbon v. ING, C.A. 07-735 (JJF)**

Dear Judge Farnan:

Please be advised that the parties have reached an amicable resolution to the above-captioned case. We will be filing with the Court a stipulated order to that end as well as a stipulation of dismissal for the Court's approval.

In connection with this case, oral argument for Plaintiffs' Motion for Conditional Class Certification is currently scheduled for September 12, 2008 at 2:00 p.m. Plaintiffs respectfully request that this hearing be removed from the Court's calendar.

Counsel is available at Your Honor's convenience should you like to discuss this matter.

Respectfully submitted,

TIMOTHY J. WILSON

TJW

cc: David Woolf, Esq.